RECEIVED
____ FILED     ____ RECEIVED
____ ENTERED   ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

APR 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMBER JAMISON<br><br>　　　　　Defendant. | 2:06-CR-002-RCJ-GWF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#306) on March 6, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

　　Name of Payee: NEVADA STATE BANK
　　Amount of Restitution: $16,900.00

　　**Total Amount of Restitution ordered: $16,900.00\*\***
　　\*\*Joint and Several with co-defendants

Dated this ____ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE