

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CR-002-RCJ-GWF |
| Plaintiff, | ) | |
| vs. | ) | |
| AMBER JAMISON | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#306) on March 6, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $16,900.00

**Total Amount of Restitution ordered:  $16,900.00\*\***
\*\*Joint and Several with co-defendants

Dated this ___24th___ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE